

April 10, 2023

**Via PACER**

Hon. Miroslav Lovric, U.S. Magistrate Judge
US District Court
Northern District of New York
Binghamton U.S. Courthouse
15 Henry St.
Binghamton, NY 13901

**SYRACUSE**
4615 North Street
Jamesville, NY 13078
p 315.492.3000
f 716.853.0265

kslnlaw.com

      RE:    Prepared Food Photos, Inc. v. Park Place Restaurant, LLC
              Index No. 3:23-cv-00170
              KSLN File No. 44603

Your Honor:

I represent the defendant PARK PLACE RESTAURANT, LLC d/b/a PARK PLACE SPORTS AND GRILL ("Defendant") in this matter. I write for the purpose of requesting an additional thirty (30) day extension of time, i.e., until May 10, 2023, to answer or otherwise move. I have spoken with plaintiff's counsel, and they have consented to this request.

Should the Court require anything further, please do not hesitate to contact me.

Respectfully,

KENNEY SHELTON LIPTAK NOWAK LLP

Daniel K Cartwright, Esq.
DKCartwright@kslnlaw.com

DKC/

cc (via PACER): Daniel DeSouza, Esq.