

July 12, 2023

**Via PACER**

Hon. Miroslav Lovric, U.S. Magistrate Judge
US District Court
Northern District of New York
Binghamton U.S. Courthouse
15 Henry St.
Binghamton, NY 13901

SYRACUSE
4615 North Street
Jamesville, NY 13078
p 315.492.3000
f 716.853.0265

kslnlaw.com

      RE:    Prepared Food Photos, Inc. v. Park Place Restaurant, LLC
                Index No. 3:23-cv-00170
                KSLN File No. 44603

Your Honor:

I represent the defendant PARK PLACE RESTAURANT, LLC d/b/a PARK PLACE SPORTS AND GRILL ("Defendant") in this matter. As you may know, the parties recently reached a tentative settlement agreement.[1] However, since that agreement, there has been some disagreement over the inclusion of provisions in a settlement release agreement regarding confidentiality and imposition of attorneys' fees in the event of any subsequent litigation. Given this issue, I write for the purpose of requesting a conference to seek your assistance in potentially resolving the impasse.

I have spoken with plaintiff's counsel, and they have consented to this request.

Should the Court require anything further, please do not hesitate to contact me.

Respectfully,

KENNEY SHELTON LIPTAK NOWAK LLP

Daniel K Cartwright, Esq.
DKCartwright@kslnlaw.com

DKC/

cc (via PACER): Daniel DeSouza, Esq.

---

[1] *See* dkt. #18.