THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

Case No. 3:23-cv-00170-FJS-ML

PREPARED FOOD PHOTOS, INC. f/k/a
ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

    Plaintiff,

v.

PARK PLACE RESTAURANT, LLC d/b/a
PARK PLACE SPORTS BAR & GRILL,

    Defendant.

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. ("Plaintiff") and defendant Park Place Restaurant, LLC d/b/a Park Place Sports Bar & Grill ("Defendant") (collectively, the "Parties"), being all parties who entered an appearance in this lawsuit, hereby jointly and mutually stipulate to the dismissal of all claims asserted herein, with prejudice, and with each party to bear the cost of its own attorneys' fees and costs incurred in this lawsuit. The Parties have entered into a confidential settlement agreement that fully resolves this lawsuit.

Respectfully submitted on May 16, 2024.

| | |
|---|---|
| COPYCAT LEGAL PLLC<br>3111 N. University Drive<br>Suite 301<br>Coral Springs, FL 33065<br>Telephone: (877) 437-6228<br>dan@copycatlegal.com<br><br>*Attorney for Plaintiff*<br><br>By: /s/ Daniel DeSouza<br>     Daniel DeSouza, Esq. | KENNEY SHELTON LIPTAK NOWAK LLP<br>4615 North Street<br>Jamesville, New York 13078<br>Telephone: (315) 492-3000<br>dkcartwright@kslnlaw.com<br><br>*Attorney for Defendant*<br><br>By: /s/ Daniel K. Cartwright<br>     Daniel K. Cartwright, Esq. |

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

By: /s/ Daniel DeSouza
     Daniel DeSouza, Esq.

IT IS SO ORDERED.

_____
Frederick J. Scullin, Jr.
Senior United States District Judge

Date:  May 17, 2024

2